UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENISE BRASHER                                                    CIVIL ACTION

VERSUS                                                            NO. 07-7192

UNITED FIRE AND CASUALTY CO.                                      SECTION "B" (4)

## ORDER

Considering the Joint Motion to Remand,

**IT IS ORDERED,** that said Motion be, and it is hereby, **GRANTED**; and that the above-captioned matter is **REMANDED** back to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana this __17th__ day of _____June_____, 2008.

**UNITED STATES DISTRICT JUDGE**